■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT CURTIS, Appellant, v RAUL RUSSI, as Chairman of the New York State Division of Parole, et al., Respondents. [646 NYS2d 470] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY X. JALIL, Appellant. [646 NYS2d 471] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.